# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PERCY ALLEN,                :  No. 44 MM 2022

              Petitioner     :

                 v.          :

COURT OF COMMON PLEAS OF    :
MONTGOMERY COUNTY,       :

             Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and Extraordinary [sic]" is DENIED.

A True Copy Elizabeth E. Zisk
As Of 07/29/2022

Attest: _____
Chief Clerk
Supreme Court of Pennsylvania